X FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA
PHOENIX DIVISION


Nancy S. Berent,)

Plaintiff)

Vs)    CASE NO.    **CV25-02870-PHX-ESW**


City of Surprise, Maricopa County Sheriff's Office)

Farmers Insurance, Debra Brockway, Jeff Fine,

Vision Management, et al )

Defendant)


CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983, RULE 60(b), AND BIVENS


Plaintiff, Nancy S. Berent, brings this action pursuant to 42 U.S.C. § 1983, Rule 60(b) of the Federal Rules of Civil Procedure, and the doctrine of Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), to redress egregious violations of her constitutional rights, deprivation of due process, fraud upon the court, extrinsic fraud, elder abuse, judicial misconduct, and obstruction of justice.


JURISDICTION AND VENUE


1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this case arises under the Constitution and laws of the United States.


2. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to the claims occurred in Maricopa County, Arizona.



8/6/25, 8:16 AM
Page 1 of 3

PARTIES

3. Plaintiff, Nancy S. Berent, is a resident of Surprise, Arizona. She is legally blind, disabled, and elderly, and has suffered extreme emotional, physical, and financial harm as a result of the defendants' actions.

4. Defendants include:

  - City of Surprise and its Police Department

  - Maricopa County Sheriff's Office (MCSO)

  - Farmers Insurance and its legal representatives

  - Debra Brockway, attorney

  - Jeff Fine, Clerk of Maricopa Superior Court

  - Vision Management and HOA board members

  - Unnamed judges and clerks of the Maricopa Superior Court and Court of Appeals

FACTUAL ALLEGATIONS

5. Plaintiff purchased her home with a real estate contract containing a permanent easement for a fire hydrant, recorded in the Maricopa County Recorder's Office and protected by HOA CCRs and Vision Management guidelines prohibiting any rezoning or obstruction.

6. Defendants conspired to fraudulently obscure the fire hydrant easement through photo manipulation, false setback representations, and unauthorized paving of a public utility area in violation of city, state, and HOA regulations.

7. Plaintiff reported this fraud and was met with harassment, obstruction, and selective enforcement by City of Surprise officials and police officers, who refused to cite, tow, or prosecute the offending parties.

8. An unauthorized arbitration proceeding was fraudulently initiated by Debra Brockway with a retired judge who had no written agreement or jurisdiction, in violation of Rule 73 and Plaintiff's objections made prior to any pre-hearing.

9. A Superior Court judge who had been removed from the case later signed an illegal judgment for

legal fees, and multiple ripe motions have been ignored by clerks and judges in violation of Rule 91(e).

10. Plaintiff submitted these and related documents to the U.S. District Court Clerk in April 2025, but the Clerk refused to stamp and process her filings, further interfering with her constitutional rights.

11. Plaintiff has been denied accommodation for her disability and is now seeking relief for the ongoing violations under the U.S. Constitution, federal rules, and long-standing case law.

CLAIMS FOR RELIEF

COUNT I – Violation of Civil Rights under 42 U.S.C. § 1983
COUNT II – Fraud Upon the Court and Extrinsic Fraud
COUNT III – Judicial Misconduct and Due Process Violations
COUNT IV – Disability Discrimination and Denial of Access to Justice
COUNT V – Bivens Action for Federal Civil Rights Violations
COUNT VI – Fraudulent Adverse Possession of Public Utility Easement
COUNT VII – Clerk and Judicial Violations of Rule 60(b), Rule 73, and Rule 91(e)

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to:

A. Declare that Defendants violated Plaintiff's constitutional rights;
B. Vacate any judgments entered based on fraud or lack of jurisdiction;
C. Enjoin further adverse actions against Plaintiff's property rights;
D. Appoint a Guardian ad Litem or Pro Bono Counsel under Rule 17(c);
E. Award compensatory and punitive damages;
F. Order Defendants to pay all medical expenses related to the stress and harm;
G. Grant any other relief this Court deems just and proper.

Respectfully submitted,

/s/ Nancy S. Berent
17974 N. 167th Drive
Surprise, AZ 85374
Phone: 623-537-5779

## SUPPLEMENTAL NOTICE OF RELATED CASES AND BIVENS PATTERN ALLEGATIONS

Plaintiff Nancy S. Berent respectfully submits this supplemental notice to bring to the Court's attention the following related matters and grounds supporting reconsideration, emergency relief, and intervention under 42 U.S.C. § 1983 and applicable constitutional provisions:

1. Plaintiff references two federal civil rights cases, Nancy Markham v. City of Surprise and Massie v. City of Surprise, as evidence of a continuing and documented pattern of constitutional violations, municipal abuse of power, and civil rights misconduct under color of law.

2. Both referenced matters are Bivens actions involving misconduct by City of Surprise officials, including but not limited to violations of procedural due process, ADA rights, and retaliation against victims.

3. Plaintiff contends that her case forms part of an ongoing municipal pattern of misconduct under the doctrine set forth in Monell v. Department of Social Services, exposing the City of Surprise and related departments (Police, Code Enforcement, Legal, etc.) to liability under 42 U.S.C. § 1983.

4. The present case involves substantial overlap with prior cases in the nature of systemic denial of rights to property, medical access, emergency enforcement of safety codes, and prosecutorial inaction despite known violations by homeowners, HOAs, and law enforcement staff.

5. The City and its agents, in Plaintiff's case, failed to cite, arrest, or remove vehicles and construction blocking access to a fire hydrant and easement area, despite repeated reports, medical risk, and criminal evidence. This mirrors inaction documented in prior Surprise-related Bivens litigation.

6. Plaintiff reserves the right to submit additional exhibits or seek consolidation, judicial notice, or reassignment to a judge with prior familiarity in Bivens/MCSO/City of Surprise patterns, including the Hon. Judge G. Murray Snow.

WHEREFORE, Plaintiff respectfully submits this supplemental filing for the Court's notice and requests the Motion to Reconsider and all pending relief be evaluated in light of the above pattern of violations.

DEFENDANTS

CITY OF SURPRISE 16000 N CIVIC CENTER SURPRISE AZ85374

MCSO PROFESSIONAL STANDARDS AND CRIMINAL DIVISION 550 WEST JACKSON PHOENIX , ARIZONA 85003

GRACYNA MROCZKOWSKA , ESTATE OF MIROSLAW MROCZKOWSKI AND MARTA MROCZKOWSA 17986 N 167TH DRIVE SURPRISE AZ 85374

BELL WEST RANCH HOA BOARD OF DIRECTORS C/O
16625 S. DESERT FOOTHILLS PKWY, PHOENIX, AZ 85048

VISION MANAGMENT STATUTORY AGENT FOR BELL WEST RANCH 16625 S DESERT FOOTHILLS PKWY. PHOENIX, AZ 85048

FARMERS INSURANCE COMPANY DAN MYLES ATTORNEY 40  N CENTRAL AVE.SUITE 2700 PHOENIX AZ 85004

CLINT GOODMAN BELL WEST RANCH FIDUCIARY RETAINED LAWYER 3654 N. POWER RD SUITE 132, MESA AZ 85215

KEVIN ARNOLD SUB CONTRACTED ATTORNEY FOR  FARMERS INSURANCE FORWARDED ADDRESS IS 4351 E LONE CACTUS DRIVE ,PHOENIX, ARIZONA 85050

KELSEY BROPHY SUB CONTRACTED ATTORNEY FOR FARMERS INSURANCE  23800 N FARMERS WAY PHOENIX, AZ 85085

JOSEPH BROPHY HUSBAND OF KELSEY BROPHY  SUB CONTRACTED ATTORNEY FOR FARMERS APPEAL 2800 NORTH CENTRAL AVE SUITE 1800 PHOENIX , AZ 85004

KENNETH FIELDS  CONDUCTED FRAUD ARBITRATION WITHOUT ANY WRITTEN AGREEMENT OR CONTACT FROM MARICOPA SUPERIOR COURTS ARBITRATION DEPARTMENT. 16 WEST ENCANTO BLVD. #302 pHOENIX AZ 85003

MARICOPA SUPERIOR COURT CLERKS  JEFF FINE AND FOUR JUDGES REPRESENTED BY JESSICA FOTINAS 620 WEST JACKSON ST , PHOENIX, AZ 85003  JULY 7 2025 EMAIL

RACHEL MITCHELL COUNTY DA OFFICE AWARE OF ELDER ABUSE AND ON GOING POLICE MISCONDUCT. AND FELONY FRAUD DOCUMENTS SENT TO THE PRIOR THREE DA SINCE 2017.  225 WEST MADISON ST  PHOENIX , AZ 85003

KRISTEN MAYES COUNTY ATTORNEY GENERAL ELDER ABUSE LAWS CONSUMER FRAUD 2005 N CENTRAL AVENUE PHOENIX AZ 85004

USDOJ EAGLE PROGRAM DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVEUE NW WASHINGTON  DC 20530

TASA PROGRAM STATE DEPARTMENT  2005 N CENTRAL AVE. PHOENIX , AZ 85004

COURT OF APPEALS JUDGES  REPRESENTED BY CONNIE GOULD 2005 N CENTRAL AVENUE PHOENIX AZ 5004 PER JUNE 10 2025 LETTER

OVERSII PARKING ENFORCEMENT PAID FOR BY BELL WEST RANCH HOA AZ DPS LICENSE 4340 E INDIAN SCHOOL RD  21-137 PHOENIX AZ 85018

DEBRA BROCKWAY LAST KNOWN ADDRESS PER AZ BAR IS 2929 N 44TH ST SUITE 120 PHOENIX AZ  SENT LAWSUIT WITH WAIVERS MAY 9 2025    SIGNED FOR COPY OF LAWSUIT PER USPS TRACKING  9507106647265129902191 ON  MAY 12 2025 AT 9:45 MAIL ROOM SIGNATURE AND NOW RETURNING MOTIONS SENT STAMPED VACATED HER OFFICE AND HER FAX NUMBER IS NOT WORKING.

8/7/2025